## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jose G. Rodriguez-Aguilar, being first duly sworn, hereby deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2022. I am currently assigned to the Boston Division, Bangor Resident Agency, of the FBI. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including the production, possession, and receipt/ distributions of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation.

3. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that a violations of 18 U.S.C. § 2252A(a)(5)(b) (Possession of Child Pornography) and 18 U.S.C. § 2251 (a) (Sexual Exploitation of a Child) (collectively referred to as the "TARGET OFFENSES") have been committed by Christopher Colson ("COLSON"). This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested complaint and arrest warrant.

## **STATEMENT OF PROBABLE CAUSE**

4. In April 2024, Minor Victim-1 ("MV-1"), then six-year-old female, made a sexual abuse allegation at school alleging that Colson had touched her "private area." MV-1 pointed at her vagina, then rubbed it in a back-and-forth motion during the initial disclosure. MV-1, who is cognitively and developmentally delayed, attended a Child Advocacy Center Interview (CACI) after allegations were made against Colson; however, during the CACI, no disclosures were made. Law enforcement interviewed Colson, who denied the allegations, and the case was closed.

5. On October 4, 2024, the Augusta Police Department received a complaint from Witness-1 ("W-1"), an intimate friend of Colson, who had recently hired Colson to perform work on his property. During the complaint made to the Augusta Police Department, W-1 explained that Colson showed W-1 inappropriate images on Colson's phone. These images included a purported picture of Colson's mother's vagina, and photos of an infant female who was naked from the waist down. The prepubescent female had no pubic hair and was small in stature. Colson also showed W-1 a photo that appeared to be the same infant; in this image, a hand was holding open the infant's labia using the thumb and index finger. After Colson showed W-1 these images, W-1 told Colson to delete them, to which Colson replied that they were not saved to his phone but to his Google account. W-1 stated that the phone Colson was using was an Android with a black case, and that W-1 believed Colson had four or five phones that he had received free from the government.

6. On October 8, 2024, the information that W-1 had provided was forwarded to the Old Town Police Department, as it was believed Colson was then living

in Old Town, Maine. During a follow-up interview with W-1 regarding the allegation, W-1 disclosed that the images Colson showed W-1 were of Colson's infant sister. Investigators at the Old Town Police Department made contact with Colson using phone number 207-[xxx-x]807. During this contact with Colson, he disclosed his Google email address as Chriscolson9901@gmail.com. Colson also informed the Old Town investigators that he was currently living in Bangor, Maine. The information was forwarded to Bangor Police Department Detective Shannon Farrar.

7. Detective Ferrar conducted additional research, and identified two additional Google accounts associated with Colson: colson9901@gmail.com and ccolson4290@gmail.com. On January 15, 2025, Detective Farrar drafted and was granted a state search warrant for Colson's identified Google accounts, chriscolson9901@gmail.com, colson9901@gmail.com, and ccolson4290@gmail.com. On January 23, 2025, Detective Farrar received the return from Google. During a review of the return provided by Google, Detective Farrar located images that depict a prepubescent female toddler with the child's genitalia exposed with a focus on the female's genitals. Also found in the Google return was one (1) video of a prepubescent blonde toddler, who is depicted in hundreds of images on the Google return. In the video above, the person recording it addresses the toddler by name, using the name of MV-1. Investigators believe this toddler is MV-1, a person known to Colson and with whom Colson had regular contact.

8. Bangor Police Department Detective Shannon Farrar was unable to locate Colson and received reliable information that Colson was residing in Pittsfield, Maine. On August 25, 2025, the case was referred to the Pittsfield Police Department for further investigation. As a result, the Pittsfield Police Department concluded no crime had

3

occurred in Pittsfield. The case was forwarded to the Penobscot County Sheriff's Office, the primary agency responsible for the address of MV-1, in Milford, Maine.

9. On October 3, 2025, a case was opened by the Federal Bureau of Investigation (FBI) regarding Colson, and the production and possession of child sexual abuse material that was located on his Google Drive. The already pending state case was forwarded to the Penobscot County Sheriff's Office by the Pittsfield Police Department due to the crime likely occurring when Colson lived in a residence in Penobscot County, Maine with MV-1. In the case file forwarded to the Penobscot County Sheriff's Office were reports from the Bangor Police Department, Old Town Police Department, Augusta Police Department, and a digital storage device that contained the contents of Christopher Colson's Google Drive accounts for emails: Chriscolson9901@gmail.com, Colson9901@gmail.com, and CColson4290@gmail.com.

10. Bangor Police Department Digital Forensic Examiner (DFE) Holly Jack conducted additional review of the Child Sexual Abuse Material (CSAM) images of the female prepubescent toddler previously collected from Colson's Colson9901@gmail.com Google Drive account. The image files contained additional information, known as EXIF data, which can include information about when and where the image was taken and on what kind of device. The date stamp on these images is June 29, 2019, at 0933 hours and October 21, 2019, at 1759 hours. Also, in the EXIF data for the some of the images were specific GPS latitude and longitude coordinates. These GPS coordinates resolve to the same known residence in Penobscot County, Maine.

11. After learning of the date stamp on the CSAM images, a review of Colson's local law enforcement involvements was done. Below is a summary of incidents that

4

place Colson at the above-describe residence in Penobscot County, Maine during the timeframe the images were taken:

- On October 14, 2019, Colson was involved in a medical call at the known residence. During this incident, Staff Sergeant Roy Peary and Deputy Nicholas Covell were dispatched to the residence for Colson, who was exhibiting violent behavior. The complainant during this incident was Christopher's mother.

- On November 11, 2019, Colson was involved in a family fight complaint at the known residence. During this incident, Deputy Sheriff Nicholas Covell responded to a family dispute over a television being taken away from the complainant, Colson, for poor behavior.

12. On October 14, 2025, investigators reviewed 12 images found on the Google Drive account Colson9901@gmail.com, 3 of the 12 images are described as follows:

- A photograph (IMG_20190629_213338-1eyt32bbdne5u.jpg) with a date stamp of June 29, 2019, at 0933, this image depicts a prepubescent female toddler with no pubic hair, small in stature, appearing to be between the ages of two and four standing on the kitchen floor, based upon other images located in the Google Drive. This image depicts a close of the prepubescent toddler female's genitals and is the focal point of the photograph. This image is attached under seal as **Exhibit 1.**

- A photograph (IMG_20190629_213411-1eyt32ok1lvoy.jpg) with a date stamp of June 29, 2019, at 0934, this image depicts a prepubescent female with no pubic hair growth, small in stature appearing to be between the ages of two and four. The image depicts a close-up of the prepubescent toddler's genitals, with her legs spread

open, and sitting on the kitchen floor, based upon other images located in the Google Drive. This image is attached under seal as **Exhibit 2**.

- A photograph (IMG_20191021_180142-1fahzm71v78g2.jpg) with a date stamp of October 21, 2019, at 1759, this image depicts a prepubescent female toddler with no pubic hair growth. This image depicts a close-up view of the prepubescent toddler's genitals. This image is attached under seal as **Exhibit 3**.

13. On October 14, 2025, investigators confirmed Colson was confined at the Somerset County Sheriff's Office Jail for the alleged sexual abuse of a dog while living at 117 West Street, Pittsfield, Maine. As a result of the sexual abuse to the dog, it became paralyzed and euthanized. Investigators spoke with Somerset County Jail staff and learned that Colson was taken into custody with a Samsung Galaxy with a black phone case, matching the description provided by W-1. Colson has denied his culpability in that pending State matter.

14. On October 14, 2025, during a review of subscriber data for Colson9901@gmail.com, it showed the username on the Google Drive account was "Chris Colson." Investigators also discovered electronic devices associated with Colson's Google Drive; those devices include:

- Samsung SM-A146U, IMEI: 356862410962966, this model of Samsung shares similar characteristics as the Samsung that is Colson's prisoner property at Somerset County Jail, including three camera lenses, flashlight positioning on the backside of the device, and device size.

- BLU Android B140DL, IMEI: 350904650181455, which is the device seized from Colson's property at the jail.

6

15.   Further review of Christopher's Google drive revealed the following Google searches:

- August 2024: "16-year-old naked girl."

- September 2024: "15-year-old girl in pantys." This search was repeated four times.

- December 2024: "What charge is it for rape."

16.   On or about October 20, 2025, pursuant to a federal search warrant that was granted in the District of Maine for the cell phone ("device") located in Colson's prisoner property at Somerset County jail, the device was thereafter reviewed pursuant to the search warrant. The user attribution of the device linked Colson as the primary user and operator of the device. The user attribution also contained records showing that the device accessed email account "Colson9901@gmail.com". During the review of the device, approximately 49 images of MV-1 were located. There were approximately 15 images that were of investigative interest which consisted of MV-1 posed with Colson, where MV-1 appeared to be possibly fully naked while sitting on top of or near Colson. The 15 images were located within the "Pictures\thumbnails" file path of the device. MV-1's genitals are not visible within the images, but MV-1 is observed not wearing a shirt, and during images where she lifts her legs, there appears to be no pants visible.

17.   Investigators conducted numerous interviews with school administrators at the school local to the known residence in Penobscot County, Maine and with the Department of Health and Human Services (DHHS) Child Protective Services (CPS) case worker responsible for MV-1. Of investigative interest, school staff recalled that MV-1 told them during 2024, that Colson touched MV-1's genitals. Additionally, school staff reported that MV-1 began displaying "hyper-sexualized" behavior while at school.

7

After school staff reported to DHHS of the allegations MV-1 made against Colson, Colson was restricted by DHHS from being present at the residence of MV-1 in Milford.

18. On or about November 17, 2025, Investigators interviewed Individual A MV-1's mother, at her residence. Upon Individual A answering her front door, MV-1 appeared at the front door, standing next to Individual A. Investigators confirmed that the minor female appeared to be the same female that appeared in CSAM of MV-1. During the interview, Individual A confirmed that Colson lived with her in in the known residence in Penobscot County, Maine for many years, since approximately 2014, until he moved out around "COVID" time frame. Even after Colson moved out, Individual A confirmed that he returned often to babysit MV-1 alone up until June 2024.

19. Individual A confirmed that MV-1 has recently started to open up about Colson touching her sexually. MV-1 has talked to Individual A about how Colson touched her genitals while they were sitting on the couch and while they were inside of her bedroom. During the interview, Individual A is concerned about Colson and his current behaviors.

20. During the interview with Individual A, Investigators showed Individual A sanitized images depicting MV-1 recovered from the Google drive account described above. Based on my review of these images, I believe them to be taken at or near the time and location of the exhibits described above, based on time stamps of the photos and backgrounds of the photos, specifically the flooring. Individual A confirmed these sanitized images to be of MV-1 and taken at her home

21. Based on the aforementioned information, the affiant believes that Colson lived at the known residence in Penobscot County, Maine during 2019, which is the time frame of when the CSAM of MV-1 was produced. Additionally, subscriber information

8

from Colson's email account (Colson9901@gmail.com) where the CSAM was located revealed that the user's name on the account is listed as "Chris Colson". The device that was seized and searched from Colson's prisoner property was using email address "Colson9901@gmail.com". While it appears that the device was not used to produce the CSAM of MV-1, the email address "Colson9901@gmail.com", was used when the production of the CSAM took place and subsequently housed the CSAM. Colson thereafter accessed the CSAM while in the presence W-1 and showed W-1 the CSAM of MV-1. MV-1's mother, thereafter, confirmed that MV-1 has started to make disclosures that Colson sexually abused her while they lived in the known residence in Penobscot County, Maine. The affiant believes that Colson violated the TARGET OFFENSES mentioned above in paragraph 3.

22. I, Jose G. Rodriguez-Aguilar, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Respectfully submitted,

Jose G. Rodriguez-Aguilar
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Dec 10 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title

9