AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| United States of America<br>v.<br>CHRISTOPHER COLSON<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 1:25-mj-00418-JCN |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Christopher Colson ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Sec. 2252A(a)(5)(b)--Possession of Child Pornography
18 U.S.C. Sec. 2251(a)--Sexual Exploitation of a Child

Date and time issued: 2:32 pm, Dec 10 2025

City and state: Bangor, ME

_Judge's signature_

John C Nivison  U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_