# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER COLSON | No: 1:25-mj-00418-JCN |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves a felony involving a minor victim.

2. Reasons for Detention: The court should detain the defendant because there are no other conditions of release which will reasonably assure the Defendant's appearance as required and the safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because there is probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving a minor victim.

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to 3 days.

5. Length of Detention Hearing. The United States will require one hour or less to present its case for detention.

Date: December 11, 2025

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

By: */s/Chris Ruge*
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
Chris.Ruge@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, I electronically filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

                                    ANDREW B. BENSON
                                    United States Attorney

By:    */s/Chris Ruge*
           Assistant United States Attorney
           United States Attorney's Office
           202 Harlow Street, Suite 111
           Bangor, ME 04401
           (207) 945-0373
           Chris.Ruge@usdoj.gov