# UNITED STATES DISTRICT COURT
## for the
### District of Maine

2025 DEC 11 P 2:48

United States of America
v.
CHRISTOPHER COLSON

Case No. 1:25-mj-00418-JCN

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Colson

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Sec. 2252A(a)(5)(b)--Possession of Child Pornography
18 U.S.C. Sec. 2251(a)--Sexual Exploitation of a Child

Date and time issued: 2:32 pm, Dec 10 2025

City and state: Bangor, ME

*Judge's signature*

John C Nivison U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/10/25, and the person was arrested on *(date)* 12/11/25
at *(city and state)* Lewiston, Maine.

Date: 12/11/25

*Arresting officer's signature*

Jose Rodriguez-Aguilar / FBI SA
*Printed name and title*