# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name:  USA v. Christopher Colson<br>Case No.:  1:25-mj-00418-JCN | Proceeding Type:<br>Detention Hearing |
|---|---|

| Presiding Judge:  John C. Nivison | Government's Attorney:<br><br>Alisa Ross, AUSA | Defendant's Attorney:<br><br>Connor Herrold, Esq. |
|---|---|---|
| Courtroom Deputy:  Cheryl Derrah | | |
| Court Reporter:  FTR | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
|  | x | 12/15/25 | Wendy Printz, Coastal Community Care |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |