**REQUEST FOR A COMPLIANCE HEARING AND ISSUANCE OF SUMMONS**

---

### UNITED STATES DISTRICT COURT
### for the District of Maine

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Request for Compliance Hearing |
| | ) | |
| vs. | ) | Docket No.: 0100 1:25-00418M |
| | ) | |
| Christopher Colson | ) | |

On December 11, 2025, Christopher Colson had his initial appearance before The Honorable John C. Nivison, U.S. Magistrate Judge. He was temporarily detained. On December 15, 2025, he had a detention hearing before The Honorable John C. Nivison, at which time he was released with conditions of release, including the Computer and Internet Monitoring Program, which may include partial or full restriction of his computer and internet use.

On December 16, 2025, the undersigned officer met with Colson and members of the group home staff where Colson resides to review his conditions of release. During that conversation, it was revealed that Colson purchased a new internet accessible cellular telephone earlier that same date without permission from the undersigned officer. Group home staff took possession of this cellular telephone to return it to the store. It was also revealed that he already had an another unauthorized internet accessible cellular telephone in his possession. He was initially dishonest about the possession of this telephone but eventually did admit to it. The undersigned officer seized this telephone on that same date. On December 18, 2025, the probation office conducted a manual inspection of the telephone. No further violations were noted as a result of the inspection.

The Office of the U.S. Probation and Pretrial Services believes that the aforementioned conduct can be addressed in the community with the current conditions of supervision. However, it is respectfully recommended that a compliance hearing be scheduled for Christopher Colson.

Respectfully Submitted,

Belinda S. Krouse
U.S. Probation Officer

Reviewed:

Melanie Holton
Supervisory U.S. Probation Officer
12/19/2025