UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V | ) | 1:25-MJ-00418-JCN |
| | ) | |
| CHRISTOPHER COLSON | ) | |

**MOTION FOR PSYCHIATRIC HEARING AND
LOCAL COMPETENCY EVALUATION**

COMES NOW the Defendant, by and through his attorney, Connor Herrold, moves this Honorable Court pursuant to 18 U.S.C. §4241 for a psychiatric examination of the Defendant and a hearing to determine whether Defendant is competent to proceed in this matter and other preliminary matters.

Undersigned counsel represents to this Court that based on personal observations during the course of his representation of the Defendant that Counsel has concerns that Defendant may not be competent to stand trial and may be unable to assist counsel in the presentation of a defense to the charges brought forth by the Government. Counsel believes that there is reasonable cause to believe that the defendant "may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. §§ 4241(a). In order to find a defendant incompetent, the Court must find by a preponderance of the evidence that the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Pursuant to 18 U.S.C. §4241(b) a psychiatric or psychological examination and report of the Defendant is requested. After the report is filed, counsel requests a hearing on the issue of

competency pursuant to 18 U.S.C. §4241(c).  Nothing in Title 18, U.S.C. §§ 4241(b) and 4247(b) requires that the examination be conducted by an employee of the Bureau of Prisons.  Rather, Section 4247(b) simply refers to a "suitable facility" and that "each examiner shall be designated by the court." A "suitable facility" is defined as "a facility that is suitable to provide care or treatment given the nature of the offense and the characteristics of the defendant." 18 U.S. Code § 4247 (a)(2).  As such, the Defendant requests the Court enter an order directing that the facility to be used for the purposes of the psychological evaluation be Coastal Community Care, LLC., in Auburn, ME., where the defendant is currently residing at the time of the examination and that Dr. Amanda Jankowski be the one to perform the evaluation. <u>See Exhibit 1</u>. The Defense has contacted Dr. Jankowski and confirmed that she would be willing to perform the evaluation at the Court's pleasure.

        Counsel for the government, AUSA Chris Ruge, objects to this motion.

        WHEREFORE, Counsel for Defendant prays that this court grant Defendant's motion for Psychiatric Examination and order the same and to schedule a hearing on the Defense's Motion as soon as practicable.

Dated:  2/20/2026                                                       /s/ Connor Herrold
                                                                                   Connor Herrold, Bar. No. 11204
                                                                                    Attorney for Defendant
                                                                                    191 Water St.,
                                                                                    Augusta, ME 04330
                                                                                    connorh@americantrialgroup.com